EDNA E. BARBER, Respondent, v. HOWARD SOBER, INC., Appellant.— Appeal from a judgment in favor of the plaintiff for the sum of $33,183.96 entered upon the verdict of a jury after a trial in the Supreme Court, Schenectady County, and also from the order denying a motion for a new trial. A truck, driven by an employee of the defendant in the city of Schenectady, left the highway and struck plaintiff who was standing on the curb in front of a restaurant. The defense was that the driver suffered a heart attack. The jury evidently rejected this defense and the evidence sustains their verdict. Judgment and order appealed from affirmed, with costs. All concur. [See 270 App. Div. 783.]

### (November 21, 1945.)

KATHRYN B. HAYS, Respondent, v. EDWARD P. SMITH et al., Defendants, and NELLIE M. ANDERSON, Appellant.— Appeal by defendant, Nellie M. Anderson, from an order entered in the Greene County Clerk's Office on August 7, 1945, and from a resettlement thereof entered in the same clerk's office on September 5, 1945. The order denied defendant Anderson's motion to vacate a judgment of foreclosure and sale in the action and denied her application to open her default in answering or otherwise moving or pleading in the case. The Special Term stayed the sale of the mortgaged premises and that stay has been continued by this court to this date. Order affirmed, without costs, and stay vacated. All concur. [See 270 App. Div. 867.]

### FOURTH DEPARTMENT, NOVEMBER, 1945.
### (November 14, 1945.)

E. PHILLIP CROWELL et al., as Trustees of School District No. 6 of the Town of Salina, Respondents, v. TOWN OF SALINA, Appellant.— Same decision and like cause of action as in companion case of *Buchanan* v. *Town of Salina* (270 App. Div. 207). Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See 270 App. Div. 800.]